**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Eastern__ District of __New York__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  __Atlantic Yards Plaza, LLC__

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   __Atlantic Social__

3. **Debtor's federal Employer Identification Number (EIN)**  __46-1217769__

4. **Debtor's address**

   **Principal place of business**
   __673__ __Atlantic Avenue__
   Number   Street

   __Brooklyn__  __NY__  __11217__
   City         State  ZIP Code

   __Kings County__
   County

   **Mailing address, if different from principal place of business**
   __228__ __Park Avenue S__
   Number   Street
   __#48897__
   P.O. Box
   __New York__  __NY__  __10003__
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   _____
   City         State  ZIP Code

5. **Debtor's website (URL)**  __www.atlanticsocialbk.com__

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Atlantic Yards Plaza LLC**     Case number (if known) _____
     Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **7 2 2 5**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                                        MM / DD / YYYY
           District _____ When ___/___/_____ Case number _____
                                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes. Debtor **Bay Terrace Plaza LLC** Relationship **affiliate**
          District **Eastern** When **03/21/2019**
                                                             MM / DD / YYYY
          Case number, if known **1-19-41616-ess**

Debtor **Atlantic Yards Plaza LLC**     Case number (if known)_____
     Name

**11. Why is the case filed in *this district*?**

Check all that apply:

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [x] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  Why does the property need immediate attention? (Check all that apply.)

  - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - [ ] It needs to be physically secured or protected from the weather.
  - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - [ ] Other _____

  Where is the property? _____
                  Number    Street

  _____
  City    State    ZIP Code

  Is the property insured?
  - [ ] No
  - [ ] Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

Debtor  **Atlantic Yards Plaza LLC**    Case number (if known) _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04 / 25 / 2019**
               MM / DD / YYYY

X _/s/ [signature]_                   **Giorgios Venexas**
Signature of authorized representative of debtor     Printed name

Title  **Member**

---

**18. Signature of attorney**

X _____  Date  _____
Signature of attorney for debtor                     MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____  State ____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

---

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Atlantic Yards Plaza LLC
dba Atlantic Social

Chapter 11
Case No.:

Debtor.
------------------------------------------------------------x

## CORPORATE RESOLUTION

I, Giorgios Vlamos a Member of Atlantic Yards Plaza LLC, the above captioned Limited Liability Company, do hereby certify that the following resolution was unanimously adopted on 4/25/19:

"RESOLVED, that by reason of the Limited Liability Corporation being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Limited Liability Company, its members and its creditors, that the Limited Liability Company seek relief under Title 11 of the United States Code from such circumstance and condition, and that the Limited Liability Company, acting by a Member of the Debtor, is hereby authorized, empowered and directed, subject to the provisions of the Limited Liability Company to institute a proceeding pursuant to Title 11, United States Code (Chapter 11 of the Bankruptcy Code).

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Limited Liability Company this April 25th 2019

By: _____

Sworn to before me this
25th day of April 2019

_____
Notary Public, State of New York

**PIYUSH B. SONI**
Notary Public, State of New York
No. 01SO6038647
Qualified in Kings County
Commission Expires March 20, 2022

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Atlantic Yards Plaza, LLC
       dba Atlantic Social

Chapter 11
Case No.:

Debtor.
-----------------------------------------------------------x

## CORPORATE OWNERSHIP AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure §§ 1007(a)(1) and 7007.1(a) and E.D.N.Y. LBR 1073-3, there is no corporate entity to disclose which owns 10% or more of any class of equity interests of the Debtor.

Dated: 4/25/19

By: _____

Giorgios Moxexas
Member

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __Atlantic Yards Plaza LLC__ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: __1-19-41616-ESS__ JUDGE: __Stong__ DISTRICT/DIVISION: __Eastern of NY__
   CASE PENDING: (YES/NO): __Yes__ [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: __Confirmed__
   (Discharged/awaiting discharge, confirmed, dismissed, etc.
   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): __(vi)__

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____
   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.
   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

[OVER]

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.

_____
Signature of Debtor's Attorney

*[signature]*
Signature of Pro-se Debtor/Petitioner  Giorgios Vlenexa(?)

220 Park Ave South #4887
Mailing Address of Debtor/Petitioner

New York NY   10003
City, State, Zip Code

management@sgmholdings.com
Email Address

347 - 577 - 9885
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Case No.
                                                          Chapter 11

                              Debtor(s)
-----------------------------------------------------------x

## DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s): _Atlantic Yards Plaza LLC_

Address: _673 Atlantic Avenue, Brooklyn, NY_

Email Address: _management@sgnholdings.com_

Phone Number: _(917) 455 7516_

CHECK THE APPROPRIATE RESPONSES:

**FILING FEE**:
   ✓ PAID THE FILING FEE IN FULL
   ___ APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

**PREVIOUS CASES FILED**: 1._____ 2._____ 3._____

**ASSISTANCE WITH PAPERWORK**:
   ✓ NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES
   ___ HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

   Name of individual who assisted: _____

   Address: _____

   Phone Number: (___) _____

   Amount Paid for Assistance: $_____

I/We hereby declare the information above under the penalty of perjury.

Dated: _4/25/19_                    _____
                                    Debtor's Signature (Giorgos Menexas as Member of Atlantic Yards Plaza LLC)

                                    _____
                                    Joint Debtor's Signature

United States Bankruptcy Court
Eastern District of New York

In re **Atlantic Yards Plaza LLC dba Atlantic Social**    Case No. _____
    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: __4/25/19__    __[signature]__ Member
    Signer/Title  Giorgios Vlexas

Date: _____    _____
    Signature of Attorney

Ace Endico Food SVC
80 International Blvd
Brewster, NY 10509

American Express National Bank
PO Box 30384
Salt Lake City, UT 84130

Ecolab
PO Box 32027
New York,. NY 10087

Chase
PO Box 6294
Carol Stream, IL 60197

Manhattan Beer Distribution
PO Box 27458
New York, NY 10087

NCR Corporation
PO Box 198755
Atlantia, GA 30384

Southern Glazer's Wine & Spirits of NY
PO Box 3143
Hicksville, NY 11802

Empire Merchant, LLC
16 Bridgewater Street
Brooklyn, NY 11222

St. Johns Produce
PO Box 34
Albertson, BY 11507

NewBank
146-01 Northern Blvd
Flushing, NY 11354

Verizon
PO Box 15124
Albany, NY 12212

Union Beer Distributors
1213-17 Grand Street
Brooklyn, NY 11211

Skurnik Wines
PO Box 1315
Syosset, NY 11791

NYS Dept of Tax & Finance
PO Box 4127
Binghamton, NY 13902

NYS Dept of Labor
PO Box 4127
Binghamton, NY 13902

Tri State Carbonation
216 E. Broadway #2
Monticello, NY 12701

NUCO2 LLC
PO Box 417902
Boston, MA 02241

RJ Linen & Uniforms
305 N. Macquesten Pkwy.
Mt. Vernon, NY 10550

Open Table
1 Montgomery Street, Suite 700
San Francisco, CA 94104

HotSchedules
6504 Bridge Point Pkwy
Austin, TX, 78730

Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556-0926

Noble Management Group
228 Park Avenue, South #48897
New York, NY 10003

Quality Star Development
228 Park Avenue, South #48897
New York, NY 10003

Steve Menexas
301 Vanderbilt Parkway
Dix Hills, NY 11746

Giorgios Menexas
4 Elm Sea Lane
Manhasset, NY 11030

Atlantic Terrace 12, LLC
621 Degraw Street
Brooklyn, NY 11217

ConEdison
Jaf Station, P.O. Box 1702
New York, NY 10116

National Grid
P.O. Box 11741
Newark, NJ 07101-4741

Bolster Media NYC
330 East 54th Street # 2D
New York, NY 10022

Riviera Produce
Box/Call # 6065
Englewood, NY 07631

Asian Bok Choy Inc
612 Grand Street
Chinatown, NY 11211

Action Environmental Services
451 Frelinghuysen Ave
Newark, NJ 07114

Stanley Steamer International Inc
PO Box 205819
Dallas, TX 75320

NYC Refrigeration Mechanic Corp
2357 31st Street
Astoria, NY  11105

The Sam Tell Companies
300 Smith Street, Farmingdale
New York 11735

Coca-Cola Refreshments USA, Inc.
PO Box 4108
BOSTON MA 02211

AMS
P.O. Box 540
Fair Lawn, New Jersey 07410

Joseph, Mann & Creed
8948 Canyon Falls Blvd., Suite 200
Twinsburg, OH 44087

Force
5 Liszka Lane
Sayreville, NJ 08872

L. Knife & Son, Inc.
35 Elder Avenue Extension
Kingston, MA 02364

New York Wine and Spirits
10 Dunnigan Drive
Suffern, NY 10901

AlWin Inc DBA Hotpoint App
5160 Van Nuys Blvd # 250
Sherman Oaks, CA 91403

CMI Services, Corp.
240 Crossbay Boulevard
New York, Broad Channel, NY 11693

Stern Environmental Group, LLC
30 Seaview Drive
Secaucus, NK 07094

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346